**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 22-2226**

———————————

BRUCE WILSON,

          Plaintiff - Appellant,

    v.

ADUSA TRANSPORTATION LLC,

          Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge; Kevin Frank McDonald, Magistrate Judge. (6:22-cv-02902-TMC-KFM)

———————————

Submitted:  April 20, 2023                    Decided:  April 24, 2023

———————————

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Bruce Wilson, Appellant Pro Se.  Donald Christopher Lauderdale, Frank Sanders Stern, JACKSON LEWIS PC, Greenville, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Wilson seeks to appeal the district court's order denying Wilson's motion to reconsider an order denying Wilson's request that the court issue blank subpoenas. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Wilson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*